**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6242**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

MELVIN SUMLER, a/k/a Clever,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.
(CR-96-116)

———————

Submitted:  May 31, 2001                 Decided:  June 8, 2001

———————

Before WILKINS, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Melvin Sumler, Appellant Pro Se.  Nicholas Stephan Altimari, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Melvin Sumler appeals the district court's order denying his motion for a new trial based upon newly discovered evidence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Sumler, No. CR-96-116 (E.D. Va. Sept. 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED